ORIGINAL

| | |
|---|---|
| JOANNA L. BROOKS (State Bar #182986)<br>TIMOTHY C. TRAVELSTEAD (State Bar #215260)<br>ANNE V. LEINFELDER (State Bar #230272)<br>JACKSON LEWIS LLP<br>199 Fremont Street, 10th Floor<br>San Francisco, CA 94105<br>Telephone 415.394.9400<br>Facsimile: 415.394.9401<br><br>Attorneys for Defendant<br>PEROT SYSTEMS CORPORATION | FILED<br>08 MAY 23 PM 3: 02<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA JIMENEZ, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PEROT SYSTEMS CORPORATION, a Delaware Corporation; and DOES 1 to 50,<br><br>Defendants. | Case No.: CV 08 2607 EDL<br><br>**CERTIFICATE OF INTERESTED PARTIES**<br><br>(Filed concurrently with Notice of Removal) |

The undersigned counsel of record for Defendant provides the following corporate disclosure: other than the parties, Perot Systems Corporation is not aware of any other party that has an interest in this litigation.

Dated: May 23, 2008

JACKSON LEWIS LLP

By: _____
JoAnna L. Brooks
Timothy C. Travelstead
Anne V. Leinfelder
Attorney for Defendant
PEROT SYSTEMS CORPORATION,
a Delaware Corporation

1

**PROOF OF SERVICE**

I, Linda A. Moore, declare that I am employed with the law firm of Jackson Lewis LLP, whose address is 199 Fremont Street, 10th Floor, San Francisco, California 94105; I am over the age of eighteen (18) years and am not a party to this action.

On May 23, 2008, I served the attached document(s):

CERTIFICATE OF INTERESTED PARTIES

in this action by placing true and correct copies thereof, enclosed in sealed envelope(s) addressed as follows:

| | |
|---|---|
| Jonathan E. Gertler, Esq.<br>Joseph R. Igelmund, Esq.<br>Chavez & Gertler LLP<br>42 Miller Avenue<br>Mill Valley, CA 94941<br>Telephone: 415.381.5599<br>Facsimile: 415.381.5572<br>**By Overnight Delivery** | Todd M. Schneider, Esq.<br>Joshua G. Konecky, Esq.<br>Schneider & Wallace<br>180 Montgomery Street, Suite 2000<br>San Francisco, CA 94104<br>Telephone: 415.421.7100<br>Facsimile: 415.421.7105<br>**By Hand Delivery** |

Ricardo De Rosa, Esq.
Law Offices of Ricardo De Rosa
6640 Brook Falls Circle
Stockton, CA 95219
Telephone: 209.345.7077
Facsimile: 209.476.0443
**By Overnight Delivery**

[  ]   BY MAIL: United States Postal Service - by placing sealed envelopes with the postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at San Francisco, California.

[ X ]   BY HAND DELIVERY: I caused such envelope(s) to be delivered by Messenger Service to the above address[es].

[ X ]   BY OVERNIGHT DELIVERY: I caused such envelope(s) to be delivered to the above address within 24 hours by OVERNIGHT EXPRESS service.

[  ]   BY FACSIMILE: I caused such documents to be transmitted by facsimile to the telephone number(s) indicated above.

1  I declare under penalty of perjury under the laws of the United States that the above is true
2  and correct.
3  Executed on May 23, 2008 at San Francisco, California.

———————————————
LINDA A. MOORE