JOANNA L. BROOKS (State Bar #182986)
TIMOTHY C. TRAVELSTEAD (State Bar #215260)
ANNE V. LEINFELDER (State Bar #230272)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, CA 94105
Telephone    415.394.9400
Facsimile:   415.394.9401

Attorneys for Defendant
PEROT SYSTEMS CORPORATION, a Delaware
corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA JIMENEZ, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PEROT SYSTEMS CORPORATION, a Delaware Corporation; and DOES 1 to 50,<br><br>Defendants. | Case No. CV 08 2607 EDL<br><br>**CERTIFICATE OF SERVICE** |

I, Linda A. Moore, declare that I am employed with the law firm of Jackson Lewis LLP, located at 199 Fremont Street, 10th Floor, San Francisco, California 94105; I am over the age of eighteen (18) years and am not a party to this action.

On May 27, 2008, I served the following document(s):

1. Order Setting Initial Case Management Conference and ADR Deadlines (including Standing Order – Magistrate Judge Elizabeth D. Laporte, Standing Order re Case Management Conference, Standing Order for All Judges of the Northern District of California – Contents of Joint Case Management Conference);

2. Welcome to the U.S. District Court, San Francisco (with list of judges and drop-box filing procedures);

3. Notice of Assignment of Case to a United States Magistrate Judge for Trial (with forms of Consent to Proceed Before a United States Magistrate Judge and Declination to Proceed and Request for Reassignment to a United States District Judge);

4. Submitting Initiating Documents; and

5. Proof of Service

in this action by placing true and correct copies thereof, enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| Jonathan E. Gertler, Esq.<br>Joseph R. Igelmund, Esq.<br>Chavez & Gertler LLP<br>42 Miller Avenue<br>Mill Valley, CA 94941<br>Telephone:  415.381.5599<br>Facsimile:   415.381.5572 | Todd M. Schneider, Esq.<br>Christian Schreiber, Esq.<br>Joshua G. Konecky, Esq.<br>Schneider Wallace Cottrell Brayton Konecky LLP<br>180 Montgomery Street, Suite 2000<br>San Francisco, CA 94104<br>Telephone:  415.421.7100<br>Facsimile:   415.421.7105 |

Ricardo De Rosa, Esq.
Law Offices of Ricardo De Rosa
6640 Brook Falls Circle
Stockton, CA 95219
Telephone:  209.345.7077
Facsimile:   209.476.0443

[X]    BY MAIL: United States Postal Service - by placing sealed envelopes with the postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at San Francisco, California.

[ ]    BY HAND DELIVERY: I caused such envelope(s) to be delivered by Messenger Service to the above address.

[ ]    BY OVERNIGHT DELIVERY: I caused such envelope(s) to be delivered to the above address within 24 hours by OVERNIGHT EXPRESS service.

[ ]    BY FACSIMILE: I caused such documents to be transmitted by facsimile to the telephone number(s) indicated above.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

CERTIFICATE OF SERVICE                                                                                      CV 08 2607 EDL

1     Executed on May 27, 2008 at San Francisco, California.

*Linda A. Moore*
LINDA A. MOORE