CHAVEZ & GERTLER LLP
JONATHAN E. GERTLER (Bar No. 111531)
JOSEPH R. IGELMUND (Bar No. 52493)
42 Miller Avenue, Mill Valley, CA 94941
Tel: (415) 381-5599 Fax: (415) 381-5572

TODD M. SCHNEIDER (Bar No. 158253)
JOSHUA G. KONECKY (Bar No. 182897)
CHRISTIAN SCHREIBER (Bar No. 245597)
SCHNEIDER WALLACE COTTRELL BRAYTON KONECKY LLP
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Tel: (415) 421-7100 Fax: (415) 421-7105

RICARDO DE ROSA (Bar No. 221226)
LAW OFFICES OF RICARDO DE ROSA
6640 Brook Falls Circle
Stockton, California, 95219
Tel: (209) 345-7077 Fax: (209) 476-0443

Attorneys for Plaintiff GLORIA JIMENEZ
And the Proposed Plaintiff Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA JIMENEZ, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PEROT SYSTEMS CORPORATION, a Delaware Corporation; and DOES 1 to 50,<br><br>Defendants | Case No: 3:08-cv-02607<br><br>**PROOF OF SERVICE** |

PROOF OF SERVICE
Jimenez v. Perot Systems Corp., Case No. RG07-335321

## PROOF OF SERVICE

*Jimenez, et al. v Perot Systems Corp*, Case No. 3:08-cv-02607

I am employed in the County of San Francisco; I am over the age of eighteen years and not a party to the within entitled action; my business address is 180 Montgomery Street, Suite 2000, San Francisco, CA 94104.

On May 29, 2008, I served the following document(s) described as:

- **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES (INCLUDING STANDING ORDER-MAGISTRATE JUDGE ELIZABETH D. LAPORTE, STANDING ORDER RE CASE MANAGEMENT CONFERENCE, STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA- CONTENTS OF JOINT CASE MANAGEMENT CONFERENCE)**

**BY U.S. MAIL:** I served the said document(s) on the interested parties by placing true copies thereof enclosed in sealed envelopes and /or packages, and deposited in the mail with the postage thereon fully prepaid addressed as follows:

Joanna L. Brooks
Tim Travelstead
Anne V. LeinFelder
**JACKSON LEWIS, LLP**
199 Fremont St, 10th Floor
San Francisco, CA 94105

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on May 29, 2008, at San Francisco, California.

Mildred De La Rosa

SCHNEIDER WALLACE
COTTRELL BRAYTON
KONECKY LLP

PROOF OF SERVICE
Jimenez v. Perot Systems Corp., Case No. RG07-335321