JONATHAN E. GERTLER (Bar No. 111531)
JOSEPH R. IGELMUND (Bar No. 52493)
CHAVEZ & GERTLER LLP
42 Miller Avenue, Mill Valley, CA 94941
Tel: (415) 381-5599 Fax: (415) 381-5572

TODD M. SCHNEIDER (Bar No. 158253)
JOSHUA G. KONECKY (Bar No. 182897)
CHRISTIAN SCHREIBER (Bar No. 245597)
SCHNEIDER WALLACE
COTTRELL BRAYTON KONECKY LLP
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Tel: (415) 421-7100 Fax: (415) 421-7105

RICARDO DE ROSA (Bar No. 221226)
LAW OFFICES OF RICARDO DE ROSA
6640 Brook Falls Circle
Stockton, California, 95219
Tel: (209) 345-7077 Fax: (209) 476-0443

Attorneys for Plaintiff GLORIA JIMENEZ
And the Proposed Plaintiff Class

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA JIMENEZ, individually, and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  vs.<br><br>PEROT SYSTEMS CORPORATION, a Delaware Corporation; and DOES 1 to 50,<br><br>  Defendants | Case No: 3:08-cv-02607<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that attorney Christian Schreiber of the law firm of Schneider Wallace Cottrell Brayton Konecky LLP, located at 180 Montgomery Street, Suite 2000, San Francisco, California 94104 hereby appears as additional attorney of record, together with the other attorneys of record, on behalf of the Plaintiffs and the putative class, in <u>Jimenez v. Perot Systems Corporation</u>, Case No: 3:08-cv-02607 EDL. Christian Schreiber respectfully requests that copies of all papers in the above-captioned action be served upon him.

                                        Respectfully submitted,

Date: June 19, 2008                            SCHNEIDER WALLACE
                                                COTTRELL BRAYTON
                                                KONECKY LLP

                                                */s/ Christian Schreiber*_____

                                                Christian Schreiber
                                                Counsel for Plaintiffs