JOANNA L. BROOKS (State Bar #182986)
TIMOTHY C. TRAVELSTEAD (State Bar #215260)
DOUGLAS M. BRIA (State Bar #226966)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, CA 94105
Telephone    415.394.9400
Facsimile:    415.394.9401
*brooksj@jacksonlewis.com*

Attorneys for Defendant
PEROT SYSTEMS CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA JIMENEZ, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PEROT SYSTEMS CORPORATION, a Delaware Corporation; and DOES 1 to 50,<br><br>Defendants. | Case No.: CV 08-2607 EDL<br><br>**DEFENDANT'S OBJECTION TO ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE PURSUANT TO CIV. L.R. 73-1**<br><br>E-FILED |

Defendant Perot Systems Corporation hereby objects, pursuant to Local Rule 73-1(a)(1), to the assignment of this matter to the Magistrate Judge.

Respectfully submitted,

Dated: June 25, 2008

JACKSON LEWIS LLP

By: _____
JoAnna L. Brooks
Timothy C. Travelstead
Douglas M. Bria
Attorney for Defendant
PEROT SYSTEMS CORPORATION,
a Delaware Corporation

1