CHAVEZ & GERTLER LLP
JONATHAN E. GERTLER (Bar No. 111531)
DANIEL B. SIEGEL (Bar No. 160742)
42 Miller Avenue, Mill Valley, CA  94941
Tel:  (415) 381-5599;  Fax:  (415) 381-5572

SCHNEIDER WALLACE
COTTRELL BRAYTON KONECKY LLP
TODD M. SCHNEIDER (Bar No. 158253)
JOSHUA G. KONECKY (Bar No. 182897)
CHRISTIAN SCHREIBER (Bar No. 245597)
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Tel:  (415) 421-7100;  Fax:  (415) 421-7105

LAW OFFICES OF RICARDO DE ROSA
RICARDO DE ROSA (Bar No. 221226)
6640 Brook Falls Circle
Stockton, CA 95219
Tel:  (209) 345-7077;  Fax:  (209) 476-0443

Attorneys for Plaintiff GLORIA JIMENEZ
And the Proposed Plaintiff Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GLORIA JIMENEZ, individually, and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  vs.<br><br>PEROT SYSTEMS CORPORATION, a Delaware Corporation; and DOES 1 to 50,<br><br>  Defendants. | Case No:  CV08-2607 MMC<br><br>**RE-NOTICE OF PLAINTIFF'S MOTION TO REMAND AND REQUEST FOR FEES**<br><br>Date: August 8, 2008<br>Time: 9:00 a.m.<br>Department: 7<br>Judge: Hon. Maxine M. Chesney<br><br>Complaint Filed: 07/12/07<br><br>**E-FILED** |

**RE-NOTICE OF PLAINTIFF'S MOTION TO REMAND AND REQUEST FOR FEES**

TO DEFENDANT PEROT SYSTEMS CORPORATION (HEREINAFTER "PEROT SYSTEMS" OR "DEFENDANT") AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on August 8, 2008 at 9 a.m., or as soon thereafter as the matter may be heard in the Courtroom of the Honorable Maxine M. Chesney, Judge of the United States District Court, Northern District of California, Plaintiff Gloria Jimenez ("Plaintiff") will move the Court pursuant to 28 U.S.C. section 1447(c) to remand the case to the Alameda County Superior Court. Plaintiffs will further move for their fees and costs pursuant to 28 U.S.C. section 1447(c).

Plaintiff's motion is supported by its Motion to Remand and Request for Fees, and supporting declaration, filed on June 18, 2008. As Defendant removed this action on May 23, 2008, Plaintiff properly sought remand within the required 30 days. At the time, the case was assigned to Magistrate Judge Elizabeth D. Laporte, who set the motion for hearing on August 5, 2008. However, on June 25, 2008, Defendant objected to the assignment to a Magistrate Judge. On June 27, 2008, the action was reassigned to this Court. Plaintiff promptly here re-notices the motion in this Court as requested in the Reassignment Order. A courtesy copy of the motion papers will be provided to Judge Chesney's chambers.

Dated: July 3, 2008

CHAVEZ & GERTLER LLP

SCHNEIDER WALLACE
COTTRELL BRAYTON KONECKY LLP

LAW OFFICES OF RICARDO DE ROSA

By: _____/s/_____ Daniel B. Siegel_____
      Daniel B. Siegel

Attorneys for Plaintiff GLORIA JIMENEZ
and the Proposed Plaintiff Class