CHAVEZ & GERTLER LLP
JONATHAN E. GERTLER (Bar No. 111531)
DANIEL B. SIEGEL (Bar No. 160742)
42 Miller Avenue, Mill Valley, CA  94941
Tel:  (415) 381-5599; Fax:  (415) 381-5572

SCHNEIDER WALLACE
COTTRELL BRAYTON KONECKY LLP
TODD M. SCHNEIDER (Bar No. 158253)
JOSHUA G. KONECKY (Bar No. 182897)
CHRISTIAN SCHREIBER (Bar No. 245597)
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Tel:  (415) 421-7100; Fax:  (415) 421-7105

LAW OFFICES OF RICARDO DE ROSA
RICARDO DE ROSA (Bar No. 221226)
6640 Brook Falls Circle
Stockton, CA 95219
Tel:  (209) 345-7077; Fax:  (209) 476-0443

Attorneys for Plaintiff GLORIA JIMENEZ
And the Proposed Plaintiff Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GLORIA JIMENEZ, individually, and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>     vs.<br><br>PEROT SYSTEMS CORPORATION, a Delaware Corporation; and DOES 1 to 50,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No:  CV08-2607 MMC

**AMENDED [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO REMAND AND REQUEST FOR FEES**

1    This matter having come before the Court on Plaintiff's Motion to Remand and Request

2  for Fees, and the Court having fully considered the matter and good cause appearing hereby

3  ORDERS as follows:

4    1.    Plaintiff's Motion to Remand is GRANTED.  The case is remanded to the

5  Alameda County Superior Court forthwith.

6    2.    Plaintiff's Request for Fees is GRANTED.  Defendant's removal was objectively

7  unreasonable.  The Court has reviewed the declarations submitted in association with the request

8  and finds that the hourly rates requested by Plaintiff are reasonable.  The Court also finds that the

9  number of hours expended by Plaintiff in seeking to remand the case are also reasonable given

10  the complexity and multiplicity of the issues presented by Defendant's objectively unreasonable

11  removal.  Accordingly, Defendant is hereby ORDERED to pay Plaintiff's attorneys' fees and

12  costs in the amount of $_____ within 30 days of the entry of this Order.

13    IT IS SO ORDERED.

14

15  Dated: _____          _____

16                        MAXINE M. CHESNEY
                        UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28