1  TODD M. SCHNEIDER (Bar No. 158253)
   JOSHUA G. KONECKY (Bar No. 182897)
2  CHRISTIAN SCHREIBER (Bar No. 245597)
3  SCHNEIDER WALLACE
   COTTRELL BRAYTON KONECKY LLP
4  180 Montgomery Street, Suite 2000
   San Francisco, CA 94104
5  Tel: (415) 421-7100 Fax: (415) 421-7105

6  JONATHAN E. GERTLER (Bar No. 111531)
7  JOSEPH R. IGELMUND (Bar No. 52493)
   CHAVEZ & GERTLER LLP
8  42 Miller Avenue, Mill Valley, CA 94941
   Tel: (415) 381-5599 Fax: (415) 381-5572
9
   RICARDO DE ROSA (Bar No. 221226)
10 LAW OFFICES OF RICARDO DE ROSA
11 6640 Brook Falls Circle
   Stockton, California, 95219
12 Tel: (209) 345-7077 Fax: (209) 476-0443

13 Attorneys for Plaintiff GLORIA JIMENEZ
   And the Proposed Plaintiff Class
14

15              **UNITED STATES DISTRICT COURT**

16            **NORTHERN DISTRICT OF CALIFORNIA**
17

18 GLORIA JIMENEZ, individually, and on behalf    Case No: 3:08-cv-02607 MMC
   of all others similarly situated,
19
20         Plaintiff,                             **CERTIFICATE OF SERVICE**

21         vs.

22 PEROT SYSTEMS CORPORATION, a Delaware
   Corporation; and DOES 1 to 50,
23
24         Defendants
25
26
27
28

## CERTIFICATE OF SERVICE

**Jimenez v. Perot Systems Corp.**, *Case No. 3:08-cv-02607*

I am employed in the County of San Francisco; I am over the age of eighteen years and not a party to the within entitled action; my business address is 180 Montgomery Street, Suite 2000, San Francisco, CA 94104.

On July 7, 2008, I served the following document(s) described as:

- Case Management Conference Order
- Standing Order for Civil Cases Assigned to the Honorable Maxine M. Chesney

**BY U.S. MAIL:** I served the said document(s) on the interested parties by placing true copies thereof enclosed in sealed envelopes and /or packages, and deposited in the mail with the postage thereon fully prepaid addressed as follows:

> JoAnna L. Brooks
> Tim Travelstead
> Anne V. LeinFelder
> JACKSON LEWIS, LLP
> 199 Fremont St 10th Floor
> San Francisco CA  94105

I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Declaration is executed on July 7, 2008 at San Francisco, California.

Cathy Vittoria

SCHNEIDER WALLACE
COTTRELL BRAYTON
KONECKY LLP