IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA JIMENEZ, individually, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>PEROT SYSTEMS CORPORATION, a Delaware Corporation,<br><br>    Defendant.<br>_____ / | No. C 08-2607 MMC<br><br>**ORDER VACATING AUGUST 8, 2008 HEARING** |

    Before the Court is plaintiff's "Motion to Remand and Request for Fees," filed June 18, 2008 and scheduled for hearing August 8, 2008. Pursuant to the Civil Local Rules of this District, opposition was due no later than July 18, 2008. See Civil L. R. 7-3(a) (providing opposition to motion must be filed no later than 21 days before hearing date). To date, no opposition has been filed.

    Accordingly, the Court deems the matter submitted on the moving papers and hereby VACATES the hearing scheduled for August 8, 2008.

    **IT IS SO ORDERED.**

Dated: July 21, 2008

                                              MAXINE M. CHESNEY<br>                                              United States District Judge