JOANNA L. BROOKS (State Bar No. 182986)
TIMOTHY C. TRAVELSTEAD (State Bar No. 215260)
ANNE V. LEINFELDER (State Bar #230272)
DOUGLAS M. BRIA (State Bar No. 226966)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, CA  94105
Telephone    415.394.9400
Facsimile:    415.394.9401
brooksj@jacksonlewis.com

Attorneys for Defendant
PEROT SYSTEMS CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA JIMENEZ, individually, and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> PEROT SYSTEMS CORPORATION, a Delaware Corporation; and DOES 1 to 50, <br><br> Defendants. | Case No. CV 08-2607 MMC <br><br> **MOTION TO CONSIDER LATE-FILED OPPOSITION** <br><br> Date:          August 8, 2008 <br> Time:          9:00 a.m. <br> Courtroom:  7 <br> Judge:         Hon. Maxine M. Chesney |

TO PLAINTIFF GLORIA JIMENEZ AND HER COUNSEL OF RECORD:

Please take notice that Defendant Perot Systems Corporation hereby moves the Court to:

     (i)    consider its late-filed opposition to Plaintiff's Motion to Remand and Request for Fees;

     (ii)   reinstate the hearing date on such motion for August 8, 2008; and

     (iii)  grant Plaintiff's until Monday July 28, 2008 to file any Reply to the Opposition.

This motion is based on the on this motion, the memorandum of points and authorities included herewith, and the Declaration of JoAnna L. Brooks filed contemporaneously herewith.

1

**MEMORANDUM OF POINTS AND AUTHORITIES**

2       With this motion, Defendant files an opposition to Plaintiff's Motion to Remand the case

3   to federal court.  Under Local Rule 7-3(a), Defendant's opposition to the motion was due on July

4   18, 2008.    Counsel for defendant incorrectly scheduled the opposition as due on July 25, 2008.

5   Counsel erroneously scheduled the opposition for a week later than its correct due date because of

6   the complex litigation environment faced by the Defendant.

7       Defendant Perot Systems Corporation is involved in three different wage-and-hour suits,

8   all filed in California state court and all being removed to the Northern District of California.  In

9   addition, the hearing date on the motion to remand was moved twice before the opposition was

10  due.  Originally scheduled for July 29, 2008, on June 19, 2008, the Court rescheduled the hearing

11  to August 5, 2008.  After Defendant objected to the assignment of a magistrate, on July 3, 2008,

12  Plaintiff served notice that the remand hearing was again rescheduled for August 8, 2008.

13  (Brooks Decl. ¶ 3).

14      During this time, Perot Systems Corporation was served with two additional wage-and-

15  hour complaints, both of which Perot Systems has also removed.  (*Mancera v. Perot Systems*

16  *Corporation* [served on May 27, 2008, removed to Northern District of California on June 24,

17  2008], Case No. 08-3064 and *Gomez v. Perot Systems Corporation* [served on June 13, 2008,

18  removed to the Northern District of California on July 10, 2008] Case No. 08-3337.) (Brooks

19  Decl. ¶ 2).

20      The calendaring confusion created by the multiple removals involving the same Defendant

21  and the same District Court, together with the two changed in the date for the hearing, all led to

22  counsel for Defendant improperly identifying the date the opposition to the motion to remand was

23  due.  (Brooks Decl. ¶ 4).  Counsel for Defendant respectfully asks the Court to see this as

24  excusable error, to consider the late-filed opposition to Plaintiff's motion to remand, and to

25  reinstate the August 8, 2008 hearing date for that motion.   Defendant of course has no objection

26  to any request Plaintiff may have to take additional time to file a reply and stands ready to attend /

27  a hearing on the motion to remand on August 8, 2008 or any other date the Court may select.

28      We are not aware of any prejudice that would result to Plaintiff by allowing this brief

1   extension of the filing of Defendant's opposition.    In contrast, Defendant would be greatly

2   prejudiced if it were to be required to re-file its removal papers.  Thus, the interests of the parties

3   and judicial economy are best served by allowing the hearing to go forward on August 8, 2008.

4

5   Dated:  July 21, 2008

                                    JACKSON LEWIS LLP

6

7                                   By:

8                                       JoAnna L. Brooks
                                        Timothy C. Travelstead
9                                       Anne V. Leinfelder
                                        Douglas M. Bria
10                                      Attorneys for Defendant
                                        PEROT SYSTEMS CORPORATION

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MOTION TO CONSIDER LATE-FILED OPPOSITION                         Case No. CV 08-2607 MMC