JOANNA L. BROOKS (State Bar No. 182986)
TIMOTHY C. TRAVELSTEAD (State Bar No. 215260)
ANNE V. LEINFELDER (State Bar #230272)
DOUGLAS M. BRIA (State Bar No. 226966)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, CA  94105
Telephone     415.394.9400
Facsimile:     415.394.9401
brooksj@jacksonlewis.com

Attorneys for Defendant
PEROT SYSTEMS CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA JIMENEZ, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PEROT SYSTEMS CORPORATION, a Delaware Corporation; and DOES 1 to 50,<br><br>Defendants. | Case No. CV 08-2607 MMC<br><br>**DECLARATION OF JOANNA L. BROOKS IN SUPPORT OF MOTION TO CONSIDER LATE-FILED OPPOSITION**<br><br>Date:           August 8, 2008<br>Time:          9:00 a.m.<br>Courtroom:  7<br>Judge:         Hon. Maxine M. Chesney |

I, JoAnna L. Brooks, declare as follows:

1.    I am an attorney licensed to practice law in the State of California and am a partner with the law firm of Jackson Lewis LLP, attorneys of record for Defendant Perot Systems Corporation in this matter.  I have personal knowledge of the matters stated herein and am competent to testify about them.

2.    Defendant Perot Systems Corporation is involved in three different wage-and-hour suits, all filed in California state court and all being removed to the Northern District of California.  In addition to this action, Perot Systems Corporation is the defendant in two additional wage-and-hour complaints, both of which Perot Systems has also removed. (*Mancera v. Perot Systems Corporation* [served on May 27, 2008, removed to Northern District of California on June 24, 2008], Case No. 08-3064 and *Gomez v. Perot Systems Corporation* [served

1

on June 13, 2008, removed to the Northern District of California on July 10, 2008] Case No. 08-3337.)

3. Plaintiff's Motion to Remand and Request for Fees was initially served on June 18, 2008, with an initial hearing date of July 29, 2008. On June 19, 2008, the Court rescheduled the hearing to August 5, 2008. After Defendant objected to the assignment of a magistrate, on July 3, 2008 Plaintiff served notice that the remand hearing was again rescheduled for August 8, 2008.

4. The calendaring confusion created by the multiple removals involving the same Defendant and the same District Court, together with the two changed in the date for the hearing, all led to counsel for Defendant improperly identifying the date the opposition to the motion to remand was due. We believed our opposition was due on July 25, 2008, instead of July 18, 2008.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 21st day of July, 2008 in San Francisco, California.

*JoAnna L. Brooks*
JoAnna L. Brooks

2

DECLARATION OF JOANNA L. BROOKS IN SUPPORT OF
MOTION TO CONSIDER LATE-FILED OPPOSITION                                          Case No. CV 08-2607 MMC