JOANNA L. BROOKS (State Bar No. 182986)
TIMOTHY C. TRAVELSTEAD (State Bar No. 215260)
ANNE V. LEINFELDER (State Bar #230272)
DOUGLAS M. BRIA (State Bar No. 226966)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, CA  94105
Telephone    415.394.9400
Facsimile:    415.394.9401
brooksj@jacksonlewis.com

Attorneys for Defendant
PEROT SYSTEMS CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA JIMENEZ, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PEROT SYSTEMS CORPORATION, a Delaware Corporation; and DOES 1 to 50,<br><br>Defendants. | Case No. CV 08-2607 MMC<br><br>**DECLARATION OF TIMOTHY C. TRAVELSTEAD IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION TO REMAND AND REQUEST FOR FEES**<br><br>Date:          August 8, 2008<br>Time:         9:00 a.m.<br>Courtroom:  7<br>Judge:        Hon. Maxine M. Chesney |

I, Timothy C. Travelstead, declare :

1.      I am an attorney at law licensed to practice in the State of California and before the U.S. District Court for the Northern District of California.  I am an associate in the law firm of Jackson Lewis LLP, attorneys of record for Defendant Perot Systems Corporation.  I have personal knowledge of the facts stated herein. If called upon to do so, I could and would testify to the matters stated below. I submit this declaration in support of Defendant's Opposition to Plaintiff's Motion to Remand and Request for Fees.

2.      On June 18, 2008, I attended a mediation of this action before Mark Rudy, Esq. Plaintiff's counsel hand-delivered a Confidential Mediation Brief to defense counsel which included a demand for overtime wages in the amount of $17,000,000.00. I have not attached a

1

copy of the Confidential Mediation Brief in order to preserve the confidentiality of its contents but would be willing to provide the document to the Court for inspection or to file under seal, if necessary.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 21st day of July, 2008 in San Francisco, California.

_____
Timothy C. Travelstead