1 | CHAVEZ & GERTLER LLP
JONATHAN E. GERTLER (Bar No. 111531)
DANIEL B. SIEGEL (Bar No. 160742)
42 Miller Avenue, Mill Valley, CA  94941
Tel:  (415) 381-5599;  Fax:  (415) 381-5572

SCHNEIDER WALLACE
COTTRELL BRAYTON KONECKY LLP
TODD M. SCHNEIDER (Bar No. 158253)
JOSHUA G. KONECKY (Bar No. 182897)
CHRISTIAN SCHREIBER (Bar No. 245597)
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Tel:  (415) 421-7100;  Fax:  (415) 421-7105

LAW OFFICES OF RICARDO DE ROSA
RICARDO DE ROSA (Bar No. 221226)
6640 Brook Falls Circle
Stockton, CA 95219
Tel:  (209) 345-7077;  Fax:  (209) 476-0443

Attorneys for Plaintiff GLORIA JIMENEZ
And the Proposed Plaintiff Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GLORIA JIMENEZ, individually, and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>PEROT SYSTEMS CORPORATION, a Delaware Corporation; and DOES 1 to 50,<br><br>　　　　　Defendants. | Case No. CV 08-2607 MMC<br>Case No. CV 08-03064 MHP<br>Case No. CV 08-03337 SC<br><br>**PLAINTIFF'S RESPONSE TO DEFENDANT'S ADMINISTRATIVE MOTION TO RELATE CASES**<br><br>Judge: Hon. Maxine M. Chesney<br><br>Complaint Filed: 07/12/07<br><br>**E-FILED** |

1    Plaintiff does not dispute herein Defendant's statement that "The putative classes of the
2 *Gomez* Complaint and the *Jimenez* Complaint overlap." Plaintiff also does not dispute
3 Defendant's statement that the *Gomez* Complaint presents overlapping issues with *Mancera v.*
4 *Perot Systems Corporation*.

5    However, Plaintiff is currently contesting the jurisdiction of this Court in the *Jimenez*
6 case, and the Court has recently vacated the hearing on Plaintiff's Motion to Remand, which was
7 set for August 8, 2008, due to Defendant's failure to file a timely Opposition (Docket No. 20). If
8 the Court remands the *Jimenez* case, then it would no longer be related to *Gomez* or *Mancera*,
9 although a determination would still need to be made as to whether *Gomez* and *Mancera* are
10 related to one another. Accordingly, Plaintiff requests that this Court refrain from issuing an
11 Order relating *Jimenez* to either of the two other cases before first ruling on Plaintiff's Motion to
12 Remand in the *Jimenez* case. If the Court remands the *Jimenez* case, then any related case
13 determination should be made with respect to the *Gomez* and *Mancera* cases only.

14    Respectfully submitted,

16 Dated: July 25, 2008

17    CHAVEZ & GERTLER LLP

18    SCHNEIDER WALLACE
      COTTRELL BRAYTON KONECKY LLP

20    LAW OFFICES OF RICARDO DE ROSA

22    By:      /s/
              Christian Schreiber

      Attorneys for Plaintiff GLORIA JIMENEZ
      and the Proposed Class