CHAVEZ & GERTLER LLP
JONATHAN E. GERTLER (Bar No. 111531)
DANIEL B. SIEGEL (Bar No. 160742)
42 Miller Avenue, Mill Valley, CA 94941
Tel: (415) 381-5599; Fax: (415) 381-5572

SCHNEIDER WALLACE
COTTRELL BRAYTON KONECKY LLP
TODD M. SCHNEIDER (Bar No. 158253)
JOSHUA G. KONECKY (Bar No. 182897)
CHRISTIAN SCHREIBER (Bar No. 245597)
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Tel: (415) 421-7100; Fax: (415) 421-7105

LAW OFFICES OF RICARDO DE ROSA
RICARDO DE ROSA (Bar No. 221226)
6640 Brook Falls Circle
Stockton, CA 95219
Tel: (209) 345-7077; Fax: (209) 476-0443

Attorneys for Plaintiff GLORIA JIMENEZ
And the Proposed Plaintiff Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GLORIA JIMENEZ, individually, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>PEROT SYSTEMS CORPORATION, a Delaware Corporation; and DOES 1 to 50,<br><br>    Defendants. | Case No. CV 08-2607 MMC<br>Case No. CV 08-03064 MHP<br>Case No. CV 08-03337 SC<br><br>**[PROPOSED] ORDER RE DEFENDANT'S ADMINISTRATIVE MOTION TO RELATE CASES**<br><br>Judge: Hon. Maxine M. Chesney<br><br>Complaint Filed: 07/12/07<br><br>**E-FILED** |

1 **ORDER**

2 Having reviewed Defendant's Administrative Motion to Relate the above-captioned cases

3 and the related pleadings, including Plaintiff's Motion to Remand, and good cause appearing

4 therefore, Defendant's Motion is **DENIED**, insofar as it requests that *Jimenez v. Perot Systems*

5 *Corp,* Case No. CV 08-2607 MMC, be related to Case No. CV 08-03064 MHP and Case No. CV

6 08-03337 SC.

7 IT IS SO ORDERED.

8

9 Dated: July _____, 2008

10

11 _____

12 MAXINE M. CHESNEY
United States District Judge