| | |
|---|---|
| 1 | CHAVEZ & GERTLER LLP |
| | JONATHAN E. GERTLER (Bar No. 111531) |
| 2 | DANIEL B. SIEGEL (Bar No. 160742) |
| | LISA FIALCO (Bar No. 216682) |
| 3 | 42 Miller Avenue, Mill Valley, CA  94941 |
| | Tel:  (415) 381-5599;  Fax:  (415) 381-5572 |
| 4 | jon@chavezgertler.com |
| | dsiegel@chavezgertler.com |
| 5 | lisa@chavezgertler.com |

Attorneys for Plaintiff GLORIA JIMENEZ
And the Proposed Plaintiff Class
*[Additional Counsel for Plaintiff listed on Signature Page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GLORIA JIMENEZ, individually, and on behalf of all others similarly situated, | ) Case No:  C 08-2607 MMC |
| | ) |
| | ) **CLASS ACTION** |
| Plaintiff, | ) |
| | ) **NOTICE OF APPEARANCE** |
| v. | ) |
| | ) |
| PEROT SYSTEMS CORPORATION, a Delaware Corporation; and DOES 1 to 50, | ) |
| | ) |
| Defendants. | ) |

---

NOTICE OF APPEARANCE
*Jimenez v. Perot Systems Corporation,*   Case No. C 08-2607 MMC

1  TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

2      PLEASE TAKE NOTICE that Lisa Fialco of the law firm of Chavez & Gertler LLP

3  hereby enters her appearance as additional attorney of record on behalf of plaintiff Gloria

4  Jimenez and all other similarly situated in Jimenez v. Perot Systems Corporation, No. C 08-2607

5  MMC.  Lisa Fialco respectfully requests that all pleadings, notices, orders, correspondence and

6  other papers in connection with this action be served upon her at the address stated above.

8  DATED: July 25, 2008              Respectfully Submitted,

9                                    CHAVEZ & GERTLER LLP

11                                   By: ____Lisa Fialco____
12                                        Lisa Fialco

14                                   SCHNEIDER WALLACE
                                     COTTRELL BRAYTON KONECKY LLP
15                                   TODD M. SCHNEIDER (Bar No. 158253)
                                     JOSHUA G. KONECKY (Bar No. 182897)
16                                   CHRISTIAN SCHREIBER (Bar No. 245597)
17                                   180 Montgomery Street, Suite 2000
                                     San Francisco, CA 94104
18                                   Tel:  (415) 421-7100;  Fax:  (415) 421-7105

19                                   LAW OFFICES OF RICARDO DE ROSA
                                     RICARDO DE ROSA (Bar No. 221226)
20                                   6640 Brook Falls Circle
                                     Stockton, CA 95219
21                                   Tel:  (209) 345-7077;  Fax:  (209) 476-0443

23                                   Attorneys for Plaintiff GLORIA JIMENEZ