UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**RELATED CASE ORDER**

An Order of Referral and an Administrative Motion to Relate Cases have been filed requesting the undersigned determine whether the following cases are related within the meaning of Civil L.R. 3-12(a):

| | |
|---|---|
| C 08-2607 MMC | Jimenez v. Perot Systems Corp. |
| C 08-3064 RS | Mancera v. Perot Systems Corp. |
| C 08-3337 SC | Gomez v. Perot Systems Corp. |

**ORDER**

On the basis of the material submitted to the Court, as the Judge assigned to the earliest-filed case, I find that the later-filed cases:

[ X ]  **ARE NOT RELATED** to the earliest-filed case as defined by Civil L.R. 3-12(a).  In particular, in light of the remand of the earliest-filed action, it does not appear likely there will be a duplication of labor and expense or conflicting results if the cases are conducted before different Judges.

[  ]  **ARE RELATED** as defined by Civil L.R. 3-12(a).

**DATED**: July 28, 2008

_____
MAXINE M. CHESNEY
United States District Judge