**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

July 29, 2008

Superior Court of California
County of Alameda
1225 Fallon Street
Oakland, CA 94612

RE:  CV 08-02607 MMC    GLORIA JIMENEZ-v-PEROT SYSTEMS CORP
      Your Case Number: (RG-07-335321)

Dear Clerk,

Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

(X)     Certified copies of docket entries

(x)     Certified copies of Remand Order

(x)     Other (E-Filing Case)

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,

RICHARD W. WIEKING, Clerk

*Alfred Amistoso* (signature)

by:  Alfred Amistoso
Case Systems Administrator

Enclosures
Copies to counsel of record

NDC TR-5  Rev. 7/92
o:\mrg\civil\remand.mrg