FILED

**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

08 AUG -6 PM 2:01

CLERKING
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

July 29, 2008

**ENDORSED
FILED
ALAMEDA COUNTY**

Superior Court of California
County of Alameda
1225 Fallon Street
Oakland, CA 94612

AUG - 1 2008

CLERK OF THE SUPERIOR COURT
By _____F. Wilson_____
                                    Deputy

RE: CV 08-02607 MMC    GLORIA JIMENEZ-v-PEROT SYSTEMS CORP
    Your Case Number: (RG-07-335321)

Dear Clerk,

Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

- (X)  Certified copies of docket entries
- (x)  Certified copies of Remand Order
- (x)  Other (E-Filing Case)

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,

RICHARD W. WIEKING, Clerk

*Alfred Amistoso*

by: Alfred Amistoso
Case Systems Administrator

Enclosures
Copies to counsel of record

NDC TR-5 Rev. 7/92
o:\mrg\civil\remand.mrg



BUSINESS REPLY MAIL
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680